**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JOSE CAMACHO, | CASE NO. 5:12-cv-01275-VAP-SP |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| COLLECTO, INC. DBA EOS CCA, | |
| Defendant. | |

The Court has reviewed the Stipulation of Plaintiff JOSE CAMACHO and Defendant COLLECTO, INC. dba EOS CCA to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1   That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant
2   to FRCP 41(a)(1).

**IT IS SO ORDERED**

DATED: February 25, 2013

_____
UNITED STATES DISTRICT JUDGE